# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA,

v.  CASE NOS.: 3:08cr77/MCR/EMT
 3:20cv6033/MCR/EMT

ORESTES CABRERA,
    Fed. Reg. No. 07021-017
_____/

# **O R D E R**

The chief magistrate judge issued a Report and Recommendation on January 29, 2021. ECF No. 301. The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The chief magistrate judge's Report and Recommendation (ECF No. 301) is adopted and incorporated by reference in this Order.

2.  Defendant Cabrera's "Petition to Request to Reduce the Two-Level Dangerous-Weapon Enhancement" (ECF No. 296), construed as a "Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody," is summarily **DENIED and DISMISSED without prejudice**.

3.  A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 29th day of June 2021.

    *s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**